## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NATQWAN CAMERON,** : | |
|     **Petitioner,** : | |
| : | |
|     **v.** : | **CIVIL ACTION NO. 21-4853** |
| : | |
| **CARL METELLUS,** *et al.*, : | |
|     **Respondents.** : | |
| : | |

## ORDER

On November 5, 2021, Natqwan Cameron filed a *pro se* Petition for Writ of Habeas Corpus contesting his state detention pending a parole violation hearing. (Doc. No. 2); 28 U.S.C. § 2254. I referred the Petition to Judge Lloret for a Report and Recommendation. (Doc. No. 7.) Judge Lloret recommends denying the Petition because Cameron has not exhausted his state court remedies. (Doc. No. 12 at 4.)

Cameron was required to file any objections to the Report and Recommendation no later than 14 days after being served with it. (Id.); 28 U.S.C. § 636(b)(1)(B). Despite being notified that he was required to keep the Court advised of his current address (Doc. No. 3), attempts to mail Cameron the Report and Recommendation have been returned as undeliverable as Cameron was released on a detainer to New Jersey. (Doc. Nos. 12, 14.) Judge Lloret recommends denying the Petition without prejudice. I will adopt the Report and Recommendation and thus allow Cameron to refile his Petition.

**AND NOW** this 18th day of April, 2022, upon careful and independent consideration of Natqwan Cameron's Petition for Writ of Habeas Corpus (Doc. No. 11), Respondents' Response to Petition (Doc. No. 5), Judge Lloret's Report and Recommendation (Doc. No. 12) to which there are no objections, and available state court records, it is hereby **ORDERED** that:

    1.    The Report and Recommendation (Doc. No. 12) is **APPROVED** and **ADOPTED**;

2

2. The Petition for a Writ of Habeas Corpus (Doc. No. 2) is **DISMISSED without prejudice**;

3. A Certificate of Appealability shall **NOT ISSUE**. <u>See</u> 28 U.S.C. § 2253(c)(1)(A); <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000); and

4. The CLERK OF COURT shall **CLOSE** this action.

**AND IT IS SO ORDERED.**

  */s/ Paul S. Diamond*  
Paul S. Diamond, J.